IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| SILAS MARTIN, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:14cv1184-MHT |
| | ) | (WO) |
| OFFICER IRVIN HARRIS, | ) | |
| in his official and | ) | |
| individual capacity, | ) | |
| | ) | |
|    Defendant. | ) | |

OPINION AND ORDER

Pending before the court is the recommendation of the United States Magistrate Judge that the plaintiff's motion for preliminary injunction be denied. No objections have been filed. Upon an independent and de novo review of the record and upon consideration of the recommendation, it is the ORDER, JUDGMENT and DECREE of the court that:

    1.  The recommendation of the magistrate judge (doc. no. 9) is adopted.

    2.  Plaintiff's motion for preliminary injunction (doc. no. 1) is denied.

    3.  This cause is referred back to the magistrate judge for further appropriate proceedings.

    DONE, this the 19th day of February, 2015.

                                        /s/ Myron H. Thompson  
                                       **UNITED STATES DISTRICT JUDGE**