IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| SILAS MARTIN,                           )<br>                                         )<br>     Plaintiff,                         )<br>                                         )          CIVIL ACTION NO.<br>     v.                                 )            2:14cv1184-MHT<br>                                         )                  (WO)<br>OFFICER IRVIN HARRIS,                    )<br>in his official and                     )<br>individual capacity,                    )<br>                                         )<br>     Defendant.                         ) | |

OPINION AND ORDER

Pending before the court is the recommendation of the United States Magistrate Judge that the plaintiff's motion for an order to show cause, seeking issuance of a preliminary injunction, be denied.  Also before the court is the plaintiff's objection.  Upon an independent and de novo review of the record and upon consideration of the recommendation, it is the ORDER, JUDGMENT and DECREE of the court that:

   1. The plaintiff's objection (doc. no. 30) is overruled.

    2. The recommendation of the magistrate judge (doc. no. 29) is adopted.

    3. Plaintiff's motion for order to show cause (doc. no. 27) is treated as a motion for preliminary injunction and is denied.

    4. This cause is referred back to the magistrate judge for further appropriate proceedings.

    DONE, this the 18th day of May, 2015.

                              /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**