IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| SILAS MARTIN, | ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:14cv1184-MHT (WO) |
| OFFICER IRVIN HARRIS, | ) ) | |
| Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit claiming he was subjected to excessive force and verbal abuse in violation of the Eighth Amendment, and that his due-process rights under the Fourteenth Amendment were violated. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment be granted. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of March, 2018.

                                      /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE